DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAFAEL AREVALO-AGUILAR,**
Appellant,

v.

**GALT PLAZA APARTMENTS, INC.,**
Appellee.

No. 4D2025-1277

[May 7, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Richard Levenson, Judge; L.T. Case No. 062020CA014401AXXXCE.

Rafael Arevalo-Aguilar, Fort Lauderdale, pro se.

Patrick Dervishi of Shir Law Group, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***